UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEMPER HOLDINGS, LLC, a limited liability company,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN INTERNATIONAL GROUP UK LIMITED T/A LEX LONDON, a corporation; AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, a corporation; XL INSURANCE AMERICA, INC., a corporation; LIBERTY MUTUAL FIRE INSURANCE COMPANY, a corporation; and CONTINENTAL CASUALTY COMPANY, a corporation.<br><br>　　　　　　　　　　Defendants. | **Case No. 2:20-cv-1793**<br><br>**ORDER** |

This cause coming to be heard on the proposed motion to withdraw as counsel for Continental Casualty Company only, due notice being given and this Court being duly advised in these premises:

**IT IS HEREBY ORDERED** that the motion is granted and Peter E. Kanaris, David E. Heiss and Michael McCormack hereby withdraw as counsel for Continental Casualty Company only. Messrs. Kanaris, Heiss and McCormack remain as counsel of record for Liberty Mutual Fire Insurance Company.

//

//

1  January 29, 2021

*[signature]*

Marsha J. Pechman
United States District Judge

MOTION TO WITHDRAW AS COUNSEL FOR
CONTINENTAL CASUALTY ONLY - 2

HINSHAW & CULBERTSON LLP
151 N. FRANKLIN ST., SUITE 2500
CHICAGO, IL 60606
312-704-3000
1030413\307413614.v1
1030413\307413614.v1