UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEMPER HOLDINGS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN INTERNATIONAL GROUP UK LIMITED T/A LEX LONDON, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C20-1793 MJP<br><br>MINUTE ORDER EXTENDING DEADLINE FOR INITIAL DISCLOSURES AND THE JOINT STATUS REPORT |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Upon the request of the Parties, the Court extends the deadline to serve initial disclosures and file the Joint Status Report. Both shall now be due no later than seven (7) days after the Court enters its Order on Plaintiff's pending Motion to Remand (Dkt. No. 50).

MINUTE ORDER EXTENDING DEADLINE FOR INITIAL DISCLOSURES AND THE JOINT STATUS REPORT - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed February 12, 2021.

William M. McCool
Clerk of Court

s/Grant Cogswell
Deputy Clerk

MINUTE ORDER EXTENDING DEADLINE FOR INITIAL DISCLOSURES AND THE JOINT STATUS REPORT - 2